The HOOVER COMPANY, Plaintiff-Appellee, v. VACUUM CLEANER EXPERTS, Inc., and Hyman Berenson, also Known as H. Berry, Defendants-Appellants.

No. 458.

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Harry Meisel, of New York City, for appellants.

Oscar W. Jeffery, of New York City (Reginald Hicks, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Orders affirmed.

HUGHES PROVISION COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7233.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1936.

E. J. Brunenkant, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.
Dismissed on motion of appellant.

Adam HRUPEC, Appellant, v. William A. CARMICHAEL, United States District Director of Immigration and Naturalization, Appellee.

No. 4044.

Circuit Court of Appeals, Fourth Circuit.

June 9, 1936.

Sam D. Lopinsky, of Charleston, W. Va., for appellant.

George I. Neal, U. S. Atty., of Huntington, W. Va., and Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va., for appellee.

PER CURIAM.
Decree of District Court affirmed.

C. R. HUNTER et al. v. Ethel Brooks SHAW.

No. 1421.

Circuit Court of Appeals, Tenth Circuit.

May 19, 1936.

F. B. Dillard, of Tulsa, Okl., for appellants.

F. C. Swindell, of Tulsa, Okl., for appellee.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Appeal dismissed on motion of appellants.

Kyle JACKSON v. UNITED STATES of America.

No. 7004.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1936.

Susong & Parvin, of Greeneville, Tenn., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.
The court being of opinion that the claim asserted by the petitioner herein is barred by the statute of limitations, it is ordered that the judgment of the court dismissing the petition be affirmed.